UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

SCOTT ISAACS,

   Plaintiff,

v.              Case No. 11-C-967

UNITED MEDICAL RESOURCES, et al.,

   Defendants.

**ORDER**

Plaintiff has filed an action under 42 U.S.C. § 1983. Ordinarily, a plaintiff must pay a statutory filing fee of $350 to bring an action in federal court. 28 U.S.C. § 1914(a). Plaintiff, however, has requested leave to proceed *in forma pauperis*, pursuant to 28 U.S.C. § 1915.

Section 1915 is meant to ensure indigent litigants meaningful access to federal courts. *Nietzke v. Williams*, 490 U.S. 319, 324 (1989). An indigent plaintiff may commence a federal court action, without paying required costs and fees, upon submission of an affidavit asserting inability "to pay such fees or give security therefor" and stating "the nature of the action, defense or appeal and affiant's belief that the person is entitled to redress." 28 U.S.C. § 1915(a)(1). Plaintiff filed the required affidavit of indigence. Upon review of that affidavit, it appears that plaintiff could pay the $350 filing fee. He is currently employed and lists ownership of a home, three cars, and a retirement account worth in excess of $200,000. This does not meet the standards of indigence.

Accordingly, the motion to proceed *in forma pauperis* is **DENIED**.  The filing fee must be paid within 14 days of the date of this order or the case will be subject to dismissal.

Dated this   21st   day of October, 2011.

                                                      s/ William C. Griesbach
                                                      William C. Griesbach
                                                      United States District Judge