UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

SCOTT ISAACS,

    Plaintiff,

v.                                Case No. 11-C-967

UNITED MEDICAL RESOURCES and
ST. VINCENT HOSPITAL,

    Defendants.

**ORDER**

Defendant in the above matter filed a Motion for Summary Judgment on June 8, 2012, seeking dismissal on the ground that the Plaintiff had failed to exhaust his administrative remedies. However Defendant failed to attach to its motion the required disclosure of the Federal Rule of Civil Procedure and the Local Rule governing Summary Judgment procedure. Defendant's remedied this defect on August 8, 2012.

Based upon the foregoing, Plaintiff will have until September 10, 2012, within which to file his response to Defendant's motion. In the event Plaintiff fails to place into dispute the facts set forth in support of the Defendant's motion, those facts, as the rules indicate, will be accepted as true, and the motion will be decided based upon those undisputed facts.

**SO ORDERED** this   14th   day of August, 2012.

                                                  s/ William C. Griesbach
                                                  William C. Griesbach
                                                  United States District Judge